# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Local No. 1 Health Fund

                      Plaintiff,

v.

                                        Case No.: 1:24–cv–07387

Biogen, Inc.

                                        Honorable Franklin U. Valderrama

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court grants attorneys Kathryn Allen, Steve Shadowen, and Nicholas Shadowen's motions for leave to appear pro hac vice [7][8][9]. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.