**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

General Order 24-0032 was entered on November 26, 2024, identifying the cases to form the initial calendar of the Hon. April M. Perry; and

Case 24 CV 7387, *Local No.1 Health Fund v. Biogen, Inc.*, was reassigned from the Hon. Franklin U. Valderrama to the Hon. April M. Perry, pursuant to General Order 24-0032; and

Pursuant to the Order entered on October 24, 2024, in 24 CV 7387, *Local No.1 Health Fund v. Biogen, Inc.*, by Judge Valderrama, the cases listed below shall be consolidated, pursuant to Local Rule 40.4; therefore

It is hereby ordered that the Clerk shall consolidate the cases below and reassign them to Judge Perry; and

It is further ordered that the cases below be filed in 24 CV 7387, IN RE: TECFIDERA ANTITRUST LITIGATION, until further order of the Hon. April M. Perry; and

It is further ordered that the Clerk shall administratively close the related cases and all future filings in these cases shall be filed under case 24 CV 7387, IN RE: TECFIDERA ANTITRUST LITIGATION.

| CASE# | TITLE | ASSIGNED JUDGE |
|---|---|---|
| 24 CV 8700 | *Mayor and City Council of Baltimore v. Biogen Inc.* | Hon. John F. Kness |
| 24 CV 8933 | *New York State Teamsters Council Health and Hospital Fund v. Biogen, Inc.* | Hon. Manish S. Shah |
| 24 CV 9058 | *Teamsters Local 237 Welfare Fund et al v. Biogen, Inc.* | Hon. Sunil R. Harjani |

ENTER:

FOR THE EXECUTIVE COMMITTEE:

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 4th day of December, 2024