## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| *In re Tecfidera Antitrust Litigation* | Case No. 1:24-cv-07387<br><br>Hon. April M. Perry |

### DEFENDANT BIOGEN INC.'S MOTION TO DISMISS

Defendant Biogen Inc. respectfully moves for an order dismissing Plaintiffs' lawsuit pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons explained in the accompanying Memorandum of Law, Plaintiffs fail to state any claim on which relief can be granted.

Dated: December 23, 2024

/s/ *Eddie Hasdoo*
Eddie Hasdoo
JONES DAY
110 North Wacker Drive
Chicago, IL 60606
Tel: (312) 269-4214
ehasdoo@jonesday.com

Sarah Welch (pro hac vice)
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
Tel: (216) 586-3939
swelch@jonesday.com

Respectfully submitted,

/s/ *Julie McEvoy*
Julie McEvoy (pro hac vice pending)
Robert N. Stander (pro hac vice)
William D. Coglianese (pro hac vice pending)
JONES DAY
51 Louisiana Ave NW
Washington, DC 20001
Tel: (202) 879-3939
jmcevoy@jonesday.com
rstsander@jonesday.com
wcoglianese@jonesday.com

Lin Kahn (pro hac vice)
JONES DAY
555 California St, 26th Floor
San Francisco, CA 94104
Tel: (415) 875-5711
lkahn@jonesday.com

*Counsel for Defendant Biogen Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 23, 2024, a true and accurate copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

/s/ *Eddie Hasdoo*
Eddie Hasdoo