UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re Tecfidera Antitrust Litigation* | Case No. 1:24-cv-07387<br>Hon. April M. Perry<br>Hon. Young B. Kim |

**MOTION FOR REASSIGNMENT BASED ON RELATEDNESS
PURSUANT TO LOCAL RULE 40.4**

Plaintiffs Walgreen Co. and The Kroger Co. ("Retailer Plaintiffs") respectfully move this Court under Local Rule 40.4 for reassignment of their case based on relatedness to this already pending action, and in support thereof state as follows:

1. On September 26, 2025, Retailer Plaintiffs filed an antitrust lawsuit against Defendant Biogen, Inc. ("Biogen") concerning Biogen's branded drug Tecfidera, Case No. 25-cv-11680 (the "Retailer Action"). The case was randomly assigned to Judge Lefkow. A copy of the Complaint in the Retailer Action is attached as **Exhibit 1**.

2. The Retailer Action should be transferred to Judge Perry and Magistrate Judge Kim pursuant to Local Rule 40.4 based on a finding of relatedness.

3. Pursuant to Local Rule 40.4(a), "[t]wo or more civil cases may be related if," *inter alia*, "the cases involve some of the same issues of fact or law" or "the cases grow out of the same transaction or occurrence[.]" N.D. Ill. L.R. 40.4(a)(2), (3).

4. The Retailer Action and the current action grow out of the same alleged conduct by Biogen and involve many of the same issues of fact and law. Both sets of Plaintiffs allege that Biogen violated the antitrust laws by conspiring with five of the largest U.S. pharmacy benefit managers ("PBMs") to suppress competition from generic Tecfidera and artificially increase sales and purchases of branded Tecfidera and its follow-on product, branded Vumerity. Retailer

1

Plaintiffs have sued Biogen under sections 1 and 2 of the Sherman Act. Plaintiffs in the current action have sued Biogen under sections 1 and 2 of the Sherman Act and parallel state antitrust laws. Thus, the cases are related pursuant to Local Rule 40.4(a)(2).

5. Moreover, each of the criteria set forth in Local Rule 40.4(b) is met. Both the Retailer Action and the current action are pending in this Court. N.D. Ill. L.R. 40.4(b)(1). The handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort, including through coordinated discovery and briefing where appropriate. N.D. Ill. L.R. 40.4(b)(2). Proceedings in the above-captioned action have not progressed to the point where designating the Retailer Action as related would be likely to delay proceedings in the current case; for example, the operative pleading in this action was filed in late August 2025 (ECF No. 99), and it appears that a protocol for discovery of electronically stored information was entered within the last week (ECF Nos. 103-04). N.D. Ill. L.R. 40.4(b)(3). Finally, both the Retailer Action and the above-captioned action are susceptible of disposition in a coordinated proceeding, including for all the reasons stated above. N.D. Ill. L.R. 40.4(b)(4).

## CONCLUSION

WHEREFORE, for the foregoing reasons, Retailer Plaintiffs respectfully request that this Court grant their motion for reassignment based on relatedness pursuant to Northern District of Illinois Local Rule 40.4.

Dated: October 1, 2025

Respectfully submitted,

/s/ *Trevor K. Scheetz*
Trevor K. Scheetz
SPERLING KENNY NACHWALTER LLC
321 N. Clark Street, 25th Floor
Chicago, IL 60654
Telephone: (312) 641-3200
Email: tscheetz@sperlingkenny.com

        Scott E. Perwin (*pro hac vice* pending)
        Lauren C. Ravkind (*pro hac vice* pending)
        Anna T. Neill (*pro hac vice* pending)
        SPERLING KENNY NACHWALTER LLC
        Four Seasons Tower, Suite 1100
        1441 Brickell Avenue
        Miami, FL 33131
        Telephone: (305) 373-1000
        Email: sep@sperlingkenny.com
        Email: lcr@sperlingkenny.com
        Email: atn@sperlingkenny.com

        *Attorneys for Retailer Plaintiffs*

**Certificate of Service**

    I, Trevor K. Scheetz, an attorney, hereby certify that on October 1, 2025, I filed the foregoing document with the Court using its CM/ECF system, which will automatically deliver notice of the same to all counsel of record.

                                              */s/ Trevor K. Scheetz*